# IN THE COURT OF APPEALS OF IOWA

No. 18-0608
Filed January 23, 2019

**STATE OF IOWA,**
    Plaintiff-Appellee,

**vs.**

**CHRISTOPHER JAMES BEARDSHEAR,**
    Defendant-Appellant.

_____

Appeal from the Iowa District Court for Washington County, Daniel P. Kitchen, District Associate Judge.

Christopher Beardshear appeals his conviction for operating while intoxicated, first offense. **AFFIRMED.**

Shawn C. McCullough of Powell and McCullough, PLC, Coralville, for appellant.

Thomas J. Miller, Attorney General, and Louis S. Sloven, Assistant Attorney General, for appellee.

Considered by Vogel, C.J., and Vaitheswaran and McDonald, JJ.

**VOGEL, Chief Judge.**

Christopher Beardshear appeals his conviction for operating while intoxicated, first offense. On March 1, 2018, he submitted a written plea of guilty to the charge and waived his right to a personal appearance. On the plea, Beardshear acknowledged, "I am in good health. I am not now under the influence of any stimulant, drugs or alcohol. I have no physical or mental defects that prevent me from understanding the charge(s) or proceedings." On March 6, the district court entered judgment based on his written plea.

He now appeals, asserting his trial counsel was ineffective for allowing him to plead guilty when he was under that influence of medication that prevented him from knowingly and voluntarily entering a plea. The record before us lacks any basis to evaluate his claim. Therefore, we affirm his conviction and preserve his ineffective-assistance claim for possible postconviction proceedings. *See State v. Coil*, 264 N.W.2d 293, 296 (Iowa 1978) ("Even a lawyer is entitled to his [or her] day in court, especially when his [or her] professional reputation is impugned.").

**AFFIRMED.**